UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SIPHUMELELE MASHIYANE,

                    Plaintiff,

        -against-                                              25cv4963 (LTS)

JUDGE MICHELLE RODNEY; ANCELOT                      CIVIL JUDGMENT
FLETCHER; LYNELLE MAGINLEY
LIDDIE; NYC MAYOR ADAMS, ERIC,

                    Defendants.

For the reasons stated in the June 24, 2025, order, this action is dismissed. The Court

certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be

taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v.*

*United States*, 369 U.S. 438, 444-45 (1962).


SO ORDERED.

  Dated:    June 27, 2025
            New York, New York


                                                    /s/ Laura Taylor Swain
                                                    LAURA TAYLOR SWAIN
                                                    Chief United States District Judge